IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:00CR200 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| Deidra Lane. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and THE SOUTH CAROLINA STATE TREASURER'S UNCLAIMED PROPERTY PROGRAM:

A judgment was entered on March 18, 2003, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Deidra Lane, aka/Deidra Nicole Gary, whose last known address is XXXXXXXXXX, Charlotte, North Carolina , in the sum of $41,300.00. The balance on the account as of April 5, 2012, is $41,407.66.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and the South Carolina State Treasurer's Unclaimed Property Program is commanded to **turn over property** in which the Defendant, Deidra Lane, aka/Deidra Nicole Gary, has a substantial nonexempt interest, the said property held by the Unclaimed Property Program, property including, but not limited to, property ID XXX8259, in the name of Deidra N. Gary, at the following address: PO Box 11778, Columbia, South Carolina 29211.

**SO ORDERED**.   Signed: April 5, 2012

_____
David S. Cayer
United States Magistrate Judge